66 F.3d 344
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island
Lighting Company, Orange and Rockland Utilities, Pacific Gas
and Electric Company, San Diego Gas and Electric Company,
Southern California Edison Company, Champion International
Corporation, Federal Paperboard Company, International Paper
Board Company, and Weyerhauser Company, Plaintiffs-Appellants,
v.
Hazel R. O'LEARY, Secretary of Energy, and Elizabeth Anne
Moler, Vicky A. Bailey, James John Hoecker, William L.
Massey, and Donald F. Santa, Commissioners, Federal Energy
Regulatory Commission, Defendants-Appellees,
and
OXY USA Inc., Defendant-Appellee.
 No. 95-1394.
 United States Court of Appeals, Federal Circuit.
 Aug. 30, 1995.
 ORDER
 
 1
 The parties having so agreed, it is ORDERED that the proceeding is DISMISSED under Fed.R.App.P. 42(b).